IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 16 cv 107

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>  v.<br><br>ALIANZA TRINITY DEVELOPMENT GROUP LLC., a Florida limited liability company, ALIANZA TRINITY HOLDINGS LLC, a Florida limited liability company, BRIGHT'S CREEK GOLF CLUB, LLC, a North Carolina limited liability company, PASQUALE GIORDANO, and OMAR BOTERO,<br><br>      Defendants. | **MOTION FOR THE EXPEDITED APPOINTMENT OF A RECEIVER AND PRELIMINARY INJUNCTION** |

      Plaintiff Lantern Business Credit, LLC ("Lantern"), through counsel and pursuant to Rule 66 of the Federal Rules of Civil Procedure, moves the Court for an Expedited Order appointing a receiver for Alianza Trinity Development Group LLC and Bright's Creek Golf Club, LLC. Lantern further moves for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, directing the officers, directors and representatives of Alianza Trinity Development Group LLC and Bright's Creek Golf Club, LLC to cooperate with the receiver and to relinquish possession and management of the property of Alianza Development and Golf Club.

      In support of this Motion, Lantern relies on the Complaint (including exhibits thereto), the Affidavits of T. Houston Duncan and Tony Hyde, and the Memorandum in Support of Motion filed contemporaneously herewith.

Lantern nominates Marc Rudow, an attorney practicing with the Asheville, North Carolina law firm Roberts & Stevens, P.A., as Receiver. Mr. Rudow has served in the role of a court-appointed receiver in other actions and is available to serve as receiver in this case.

Lantern submits a proposed Order setting forth the scope of proposed authority of the receiver, which proposed Order is attached as Exhibit A.

This the 6th day of May, 2016.

/s/Neale T. Johnson
Neale T. Johnson
N.C. State Bar No. 25590
neale.johnson@smithmoorelaw.com

/s/Manning A. Connors
Manning A. Connors
N.C. State Bar No. 21990
manning.connors@smithmoorelaw.com

*Attorneys for Plaintiff Lantern Business Credit, LLC*

OF COUNSEL:

SMITH MOORE LEATHERWOOD LLP
Post Office Box 21927
Greensboro, NC 27420
Telephone: (336) 378-5319
Facsimile: (336) 433-7442

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 16 cv 107

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALIANZA TRINITY DEVELOPMENT GROUP LLC., a Florida limited liability company, ALIANZA TRINITY HOLDINGS LLC, a Florida limited liability company, BRIGHT'S CREEK GOLF CLUB, LLC, a North Carolina limited liability company, PASQUALE GIORDANO, and OMAR BOTERO,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on May 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and via email and mailed a copy via US Postal Service to the following:

>Robert A. Mays
>Mark A. Pinkston
>Van Winkle Buck Wall Stames & Davis, PA
>11 North Market Street
>PO Box 7376
>Asheville, NC 28801-7376

>*/s/ Manning A. Connors*
>Manning A. Connors