IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 16-cv-107

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>ALIANZA TRINITY DEVELOPMENT GROUP, LLC, a Florida limited liability company, ALIANZA TRINITY HOLDINGS, BRIGHT'S CREEK GOLF CLUB, LLC, a North Carolina limited liability company, PASQUALE GIORDANO, and OMAR BOTERO,<br>      Defendants. | |

## **THIRD NOTICE OF FILING OF SUPPLEMENTAL DOCUMENT**

Defendants Alianza Trinity Development Group, LLC, Alianza Trinity Holdings, Bright's Creek Golf Club, Pasquale Giordano and Omar Botero ("Defendants"), by and through their undersigned counsel, and pursuant to their Motion to File Supplemental Documents [Doc. 33] and the Text Only Order of the Court dated 2 June 2016 allowing same, hereby give notice of filing of the following supplemental document for the Court's consideration on the pending receivership and preliminary injunction motions:

1

Proof of insurance of Workers' Compensation insurance obtained through SouthEast Personnel Leasing, Inc., an employee leasing organization. Bright's Creek has had the coverage arranged and available for all employees since early June, 2016. The employee must complete certain forms in order to have that insurance bound for that employee. As of late last week, all of the employees at Bright's Creek had completed the requisite forms. Copies of all forms are attached as exhibits to this Notice. Insurance coverage is shown on Page 1 of each employee's paperwork, in Section 1 of the application block. Workers' Compensation coverage is dependent upon completing the forms, as is the employee receiving compensation. The administrator does not accept the forms nor is the employee eligible to receive compensation until all are done completely, and the person who is working is covered.

This the 30th day of June, 2016.

*/s/ Edward L. Bleynat, Jr.   [SB#16558]*
Edward L. Bleynat, Jr.

*/s/H. Gregory Johnson [SB#33651]*
H. Gregory Johnson
FERIKES & BLEYNAT, PLLC
48 Patton Avenue, 3rd Floor
Asheville, NC 28801
Tele: (828) 251-1588
Fax: (828) 251-2214
edbleynat@ferikesbleynat.com
gregjohnson@ferikesbleynat.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was served **THIRD NOTICE OF FILING OF SUPPLEMENTAL DOCUMENTS,** including an attached exhibit, upon the plaintiff in this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure via the ECF system, addressed to its counsel of record, in cases in which they appear, as follows:

neale.johnson@smithmoorelaw.com
Neale T. Johnson

manning.connors@smithmoorelaw.com

Manning A. Connors

Smith Moore Leatherwood LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
*Attorney for Plaintiff*

This the 30th of June, 2016.

> */s/ Edward L. Bleynat, Jr.[SB#16558]*
> Edward L. Bleynat, Jr.
> FERIKES & BLEYNAT, PLLC
> 48 Patton Avenue, 3rd Floor
> Asheville, NC 28801
> Tele: (828) 251-1588
> Fax:  (828) 251-2214