THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:16-cv-107-MR

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, a Delaware limited liability company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| ALIANZA TRINITY DEVELOPMENT GROUP, LLC, a Florida limited liability company, ALIANZA TRINITY HOLDINGS, LLC, a Florida limited liability company, BRIGHT'S CREEK GOLF CLUB, LLC, a North Carolina limited liability company, PASQUALE GIORDANO, and OMAR BOTERO | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

MOTION FOR LEAVE TO INTERVENE PURSUANT TO Fed. R. Civ. P. 24 ON BEHALF OF BRIAN McMURRAY, PROPOSED INTERVENOR

Pursuant to Rule 24(a) and (b) of the Federal Rules of Civil Procedure, Brian McMurray ("McMurray") hereby moves for leave to intervene in this matter. McMurray has a clearly defined economic interest in Defendant Alianza Trinity Holdings, LLC ("Alianza") as a result of a lending relationship between McMurray, Alianza, Pasquale Giordano ("Giordano") and Omar Botero ("Botero"). Further, McMurray has claims against Giordano and Botero to cause them to issue to McMurray his economic interest in Alianza. Upon information and belief, a triggering event, the sale of the assets of Alianza, which requires Alianza to pay McMurray for his economic interest in Alianza is forthcoming within the next thirty days. McMurray asserts unique and distinct interests from the other parties to this litigation.

Together with this Motion, McMurray submits a proposed pleading and a memorandum in support of his Motion setting forth in detail the grounds for intervention in this matter.

Respectfully submitted, this the 28th day of July, 2016

        VAN CAMP, MEACHAM & NEWMAN, PLLC
        Attorneys for Proposed Intervenor McMurray

        By: /s/ James R. Van Camp_____
            James R. Van Camp
            N.C. State Bar No. 4467
            Post Office Box 1389
            Pinehurst, NC  28370
            Telephone (910) 295-2525
            Facsimile (910) 295-2001
            jamesv@vancamplaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION FOR LEAVE TO INTERVENE PURSUANT TO Fed. R. Civ. P. 24 ON BEHALF OF BRIAN McMURRAY, PROPOSED INTERVENOR,** was served this date through the Court's CM/ECF system on the following:

Neale T. Johnson
Manning A. Connors
Smith Moore Leatherwood
300 N. Green Street, Suite 1400
Greensboro, NC 27401

*Attorneys for Plaintiff*

Edward L. Bleyant, Jr.
H. Gregory Johnson
FERIKES & BLEYANT, PLLC
448 Patton Avenue, 3rd Floor
Asheville, NC 28801

*Attorneys for Defendants*

This, the 28th day of July, 2016.

        VAN CAMP, MEACHAM & NEWMAN, PLLC
        Attorneys for Proposed Intervenor McMurray


        By: /s/ James R. Van Camp_____
            James R. Van Camp
            N.C. State Bar No. 4467
            Post Office Box 1389
            Pinehurst, NC 28370
            Telephone (910) 295-2525
            Facsimile (910) 295-2001
            jamesv@vancamplaw.com