IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 16-cv-107

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>ALIANZA TRINITY DEVELOPMENT GROUP, LLC, a Florida limited liability company, ALIANZA TRINITY HOLDINGS, BRIGHT'S CREEK GOLF CLUB, LLC, a North Carolina limited liability company, PASQUALE GIORDANO, and OMAR BOTERO,<br>       Defendants. | |

## NOTICE OF BANKRUPTCY STAY BY DEFENDANT ALIANZA TRINITY DEVELOPMENT GROUP, LLC

Notice is hereby given that a Voluntary Petition for Non-Individual Filing for Bankruptcy under Chapter 11 of the Bankruptcy Code ("Petition") was filed by Defendant Alianza Trinity Development Group, LLC ("Alianza Trinity Development") in the United States Bankruptcy Court for the Southern District of Florida in case number 16-24483. A true and accurate copy of the four pages of the Petition is attached hereto as Exhibit A.

1

The automatic stay provision of the United States Bankruptcy Code prevent this action from proceeding against Alianza Trinity Development. Counsel provides this notice of bankruptcy in order to inform the Court of the bankruptcy filing.

This the 28th day of October, 2016.

/s/ Edward L. Bleynat, Jr.   [SB#16558]
Edward L. Bleynat, Jr.

/s/H. Gregory Johnson [SB#33651]
H. Gregory Johnson
FERIKES & BLEYNAT, PLLC
48 Patton Avenue, 3rd Floor
Asheville, NC 28801
Tele: (828) 251-1588
Fax: (828) 251-2214
edbleynat@ferikesbleynat.com
gregjohnson@ferikesbleynat.com

# CERTIFICATE OF SERVICE

This is to certify that the foregoing was served **NOTICE OF BANKRUPTCY STAY BY DEFENDANT ALIANZA TRINITY DEVELOPMENT GROUP, LLC** upon the parties in this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure via the ECF system, addressed to counsel of record, in cases in which they appear, as follows:

neale.johnson@smithmoorelaw.com
Neale T. Johnson

manning.connors@smithmoorelaw.com
Manning A. Connors

Smith Moore Leatherwood LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
*Attorney for Plaintiff*

mrudow@roberts-stevens.com
Marc Rudow

dmartin@roberts-stevens.com
Dennis L. Martin, Jr.
Roberts & Stevens, P.A.
301 College St., Suite 400
Asheville, NC 28801
*Receiver and Counsel for Receiver, Alianza Trinity Development Group, LLC and Bright's Creek Golf Club, LLC*

This the 28th of October, 2016.

/s/ Edward L. Bleynat, Jr.[SB#16558]
Edward L. Bleynat, Jr.
FERIKES & BLEYNAT, PLLC
48 Patton Avenue, 3rd Floor
Asheville, NC 28801
Tele: (828) 251-1588
Fax: (828) 251-2214

3

4