THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00107-MR-DLH

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, a Delaware limited liability company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALIANZA TRINITY DEVELOPMENT )<br>GROUP, LLC, a Florida limited )<br>liability company, ALIANZA TRINITY )<br>HOLDINGS, BRIGHT'S CREEK GOLF )<br>CLUB, LLC, a North Carolina limited )<br>liability company, PASQUALE )<br>GIORDANO, and OMAR BOTERO, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion to Intervene [Doc. 44] filed by proposed intervenor Brian McMurray and the Magistrate Judge's Memorandum and Recommendation [Doc. 49] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the motion to intervene and to submit a recommendation for its disposition.

On October 11, 2016, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the motion to intervene. [Doc. 49]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the motion to intervene should be denied.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 49] is **ACCEPTED**, the Motion to Intervene [Doc. 44] is hereby **DENIED**.

**IT IS SO ORDERED.**   Signed: November 4, 2016

Martin Reidinger
United States District Judge