THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00107-MR-DLH

LANTERN BUSINESS CREDIT, LLC, )
a Delaware limited liability company, )
                                      )
              Plaintiff, )
                                      )
       vs. )           **O R D E R**
                                      )
ALIANZA TRINITY DEVELOPMENT )
GROUP, LLC, a Florida limited )
liability company, ALIANZA TRINITY )
HOLDINGS, BRIGHT'S CREEK GOLF )
CLUB, LLC, a North Carolina limited )
liability company, PASQUALE )
GIORDANO, and OMAR BOTERO, )
                                      )
             Defendants. )
_____ )

**THIS MATTER** is before the Court on the Notice of Bankruptcy Stay by Defendant Alianza Trinity Development Group, LLC [Doc. 50].

The Defendant Alianza Trinity Development Group, LLC has filed a notice with the Court indicating that it filed a voluntary bankruptcy petition under Chapter 11 of the United States Bankruptcy Code on October 27, 2016. It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 Collier on Bankruptcy ¶ 362.03[3] (16th ed. 2014); see also

11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor"). Accordingly, the Court will consider this action stayed as to the Defendant Alianza Trinity Development Group, LLC only.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to the Defendant Alianza Trinity Development Group, LLC only until further Order of the Court. All other claims pending in this action remain unaffected by this stay.

**IT IS SO ORDERED**.

Signed: November 4, 2016

Martin Reidinger
United States District Judge