# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv107

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ALIANZA TRINITY DEVELOPMENT GROUP, LLC, et al., | ) |
| Defendants. | ) |

Pending before the Court is the Joint Motion to Stay [# 57]. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 57]. The Court **STAYS** these proceedings until 45 days after the closing of the sale of assets in the ongoing bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Florida. The parties shall report the results of the sale to the Court within ten (10) days of the closing. At that time the Court will set a status conference with the parties to determine deadlines for a new Pretrial Order and Case Management Plan.

Signed: March 7, 2017

Dennis L. Howell
United States Magistrate Judge