THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00107-MR-DLH

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, ) ) Plaintiff, ) ) vs. ) ) ALIANZA TRINITY DEVELOPMENT ) GROUP, LLC, et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

This matter was stayed on March 7, 2017, pending the closing of the sale of assets in a related bankruptcy proceeding. [Doc. 59]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

**IT IS SO ORDERED.**

Signed: January 8, 2018

Martin Reidinger
United States District Judge