# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00107-MR-WCM

| | |
|---|---|
| LANTERN BUSINESS CREDIT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALIANZA TRINITY DEVELOPMENT ) <br> GROUP, LLC, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Interim Joint Status Report [Doc. 65]. The Court held a status conference with the parties on November 6, 2018.

In light of the parties' report, as well as the information provided by the parties at the status conference, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that stay previously entered in this matter is **LIFTED**.

**IT IS FURTHER ORDERED** that the Pretrial Order and Case Management Plan [Doc. 38] previously entered in this matter is hereby **AMENDED** as follows:

(1)   The parties shall have through and including **January 31, 2019** to conduct discovery as to any new issues that have arisen as a result of the foreclosure sale and the sale of the collateral.

(2)   This matter shall be called for trial during the Court's March 11, 2019 trial term.

**IT IS SO ORDERED.**

Signed: November 9, 2018

Martin Reidinger
United States District Judge